# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130748(59)

LAURENCE G. WOLF CAPITAL
MANAGEMENT TRUST and
LAURENCE G. WOLF, as trustee
and individually,
          Plaintiffs-Appellees,

v

CITY OF FERNDALE, MARSHA
SCHEER, ROBERT G. PORTER, and
THOMAS W. BARWIN,
          Defendants-Appellants.
_____

SC: 130748
COA: 262721
Oakland CC: 2003-051450-CK

On order of the Chief Justice, the motion by the Michigan Municipal League, the Michigan Townships Association and the Michigan Municipal Risk Management Authority for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2006

_____
Clerk